UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JALEH CHINI,<br><br>　　　　　Defendant. | Case No. CR 01-0767 TJH<br><br>ORDER RE: UNOPPOSED MOTION TO WITHDRAW GUILTY PLEA (#78)<br>Hearing Date: May 13, 2008<br>Time: 10:00 a.m.<br>Courtroom: 17<br><br>The Honorable Terry J. Hatter, Jr. |

　　　　On May 13, 2008, Defendant Jaleh Chini's Unopposed Motion to Withdraw Guilty Pleas came on for hearing before this Court. Appearing for Defendant Jaleh Chini was Jan B. Norman. Appearing for the Government was Assistant United States Attorney Paul H. Rochmes.

　　　　Having considered the pleadings submitted in support of this motion and arguments of counsel, the Court finds that:

1. Fair and just reasons exist for granting the motion; and
2. Defendant Jaleh Chini is permitted to withdraw her guilty pleas in this matter.

IT IS SO ORDERED.

Dated: May 16, 2008

_____
The Honorable Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE

Submitted by:

JAN B. NORMAN, State Bar No. 117117
1000 Wilshire Blvd., Ste. 600
Los Angeles, California 90017
Telephone: 213-629-9066
Facsimile: 213-629-9022
Email: janbnorman@aol.com

By_____/s/_____
    Jan B. Norman

Attorney for Defendant
Jaleh Chini